# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>         Plaintiff,<br><br>     v.<br><br>JOE SCALIA, et al.,<br><br>         Defendants. | Case No. 1:14-cv-02015-SKO (PC)<br><br>ORDER DENYING MOTION TO SUPPLEMENT COMPLAINT AS MOOT IN LIGHT OF SCREENING ORDER<br><br>(Doc. 7) |

Plaintiff Larry William Cortinas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 18, 2014. On November 9, 2015, Plaintiff filed a motion seeking leave to supplement his complaint. In light of the order issued on November 10, 2015, dismissing Plaintiff's complaint, with leave to amend, for failure to state a claim, Plaintiff's motion is HEREBY DENIED as moot. Plaintiff may add his supplemental claims in his amended complaint, as long as he heeds the admonition that claims and parties must be properly joined in the same action. Fed. R. Civ. P. 18(a), 20(a)(2); *Owens v. Hinsley*, 635 F.3d 950, 952 (7th Cir. 2011); *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007).

IT IS SO ORDERED.

Dated:  **November 16, 2015**          **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE