# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. SCALIA, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-02015-SAB-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF NO. 13)<br><br>AMENDED COMPLAINT DUE:<br>April 15, 2016 |

　　　Plaintiff Larry Cortinas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On March 8, 2016, Plaintiff filed a request to extend time to file an amended complaint in compliance with the January 20, 2016, order dismissing the complaint and granting Plaintiff leave to file an amended complaint.  Plaintiff explains that his facility has been on lockdown and he has limited law library access.   Plaintiff seeks an extension of time to April 15, 2016, in which to file an amended complaint.

　　　Good cause having been presented to the Court, Plaintiff is GRANTED until April 15, 2016, in which to file an amended complaint.

IT IS SO ORDERED.

Dated:  **March 10, 2016**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1